No. 418. THE UNITED STATES, PETITIONER, *v.* ISAAC STEPHENSON ET AL., AS EXECUTORS AND TRUSTEES, ETC. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Alfred L. Cary* for respondents.

———

No. 419. GEORGE F. DUNBAR ET AL., PETITIONERS, *v.* DAVID H. CASCADEN. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. C. Campbell* and *Mr. W. H. Metson* for petitioners. *Mr. Hayden Johnson* for respondent.

———

No. 420. ALABAMA NATIONAL BANK OF BIRMINGHAM ET AL., PETITIONERS, *v.* MASSASOIT-POCASSET NATIONAL BANK OF FALL RIVER, MASS. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. Knox* for petitioners. *Mr. Richard W. Walker* for respondent.